PEOPLE ex rel. BOUDIN v. MAREAN. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of Louis B. Boudin, against Josiah T. Marean, one of the Justices of the Supreme Court of the state of New York.

PER CURIAM. Determination annulled, for the failure to set forth in the mandate of com-

mitment the particular circumstances of the offense, as required by section 11 of the Code of Civil Procedure. See People ex rel. Palmieri v. Marean, 86 App. Div. 278, 83 N. Y. Supp. 843.